B6F (Official Form 6F) (12/07)

In re  **Angela Lynette Young**  ,    Case No. **3:14-bk-33243**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Multiple** <br><br>**Capital One Bank USA NA** <br>**PO Box 30281** <br>**Salt Lake City, UT 84130-0281** | | - | 2012 <br>Credit Cards | | | | 1,202.00 |
| Account No. <br><br>**Chase Bank** <br>**800 Brooksedge Blvd** <br>**Westerville, OH 43081** | | - | 2014 <br>NSF | | | | 1,100.00 |
| Account No. <br><br>**Clark & Washington LLC** <br>**3300 Northeast Expressway** <br>**Bldg 3 Ste A** <br>**Atlanta, GA 30341** | | - | Notice Only | | | | 0.00 |
| Account No. <br><br>**Comcast** <br>**5720 Ashville Hwy** <br>**Knoxville, TN 37924** | | - | 2014 <br>Cable Services | | | | 771.35 |
| __3__  continuation sheets attached | | | | | Subtotal <br>(Total of this page) | | 3,073.35 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Angela Lynette Young**, Case No. **3:14-bk-33243**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Comenity Bank/VCTRSSEC**<br>**PO Box 182789**<br>**Columbus, OH 43218-2789** | | - | 2012<br>Credit Card | | | | 542.00 |
| Account No.<br><br>**Complete Payment Recovery Services**<br>**PO Box 30272**<br>**Tampa, FL 33630-3272** | | - | 2014<br>Collection Account | | | | 133.74 |
| Account No. **Multiple**<br><br>**Dept of Education/Sallie Mae**<br>**PO Box 9635**<br>**Wilkes Barre, PA 18773** | | - | 2009<br>Student Loans | | | | 95,873.00 |
| Account No.<br><br>**FAST**<br>**P.O. Box 11567**<br>**8300 Kingston Pike**<br>**Knoxville, TN 37919** | | - | 2014<br>Collection Account | | | | 172.00 |
| Account No.<br><br>**First Premier Bank**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD 57107-0145** | | - | 2009<br>Credit Card | | | | 1,087.00 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **97,807.74**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela Lynette Young**                    ,    Case No.  **3:14-bk-33243**
                         Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **FSNB** PO Box 33009 Fort Sill, OK 73503 | | - | 2014 Loan | | | | 935.76 |
| Account No. **KUB** P.O. BOX 59017 Knoxville, TN 37950 | | - | 2014 Utilities | | | | 107.70 |
| Account No. **Nelnet** PO Box 2970 Omaha, NE 68103-2970 | | - | Notice Only | | | | 0.00 |
| Account No. **Seventh Avenue** 1112 7th. Avenue Naytahwaush, MN 56566 | | - | 2009 Credit Card | | | | 417.00 |
| Account No. **SunCoast Schools Federal Credit Union** P.O. Box 11904 Tampa, FL 33680 | | - | 2014 Deficiency on Repossession | | | | 7,273.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **8,733.46**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Angela Lynette Young**,      Case No. **3:14-bk-33243**
           Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**SunCoast Schools Federal Credit Union**<br>**P.O. Box 11904**<br>**Tampa, FL 33680** | | - | **2014**<br>**NSF** | | | | **1,545.00** |
| Account No.<br>**Target Bank**<br>**3701 Wayzata Blvd.**<br>**Minneapolis, MN 55416** | | - | **2014**<br>**Credit Card** | | | | **400.00** |
| Account No.<br>**U.S. Department of Education**<br>**P.O. Box 5609**<br>**Greenville, TX 75403-5609** | | - | **Notice Only** | | | | **0.00** |
| Account No.<br>**United States Department of Education**<br>**50 Beale Street**<br>**#8629**<br>**San Francisco, CA 94102** | | - | **Notice Only** | | | | **0.00** |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,945.00**

Total (Report on Summary of Schedules)    **111,559.55**

## **UNSWORN DECLARATION UNDER PENALTY OF PERJURY**
## **TO AMENDED SCHEDULE F**

I, Angela Lynette Young, declare under penalty of perjury that I have read the above statement and the matters stated therein are true and correct to the best of my knowledge, information and belief.


DATED:  October 15, 2014                              /s/ ANGELA LYNETTE YOUNG

<u>IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION</u>

In re:  ANGELA LYNETTE YOUNG                    Case No. 14-33243
                                                Chapter 13

       Debtors

<u>CERTIFICATE OF SERVICE</u>

    The undersigned hereby certifies that true and exact copies of the foregoing Amended Schedule F have been forwarded to the following by depositing in the U.S. Mail, postage prepaid, and/or Electronic Case Filing (ECF) on October 20, 2014.

Office of United States Trustee    (ECF)
800 Market Street Ste 114
Knoxville, TN 37902

Gwendolyn M. Kerney,    (ECF)
Chapter 13 Trustee
P.O. Box 228
Knoxville, TN 37901

Complete Payment Recovery Services    (US MAIL)
PO Box 30272
Tampa, FL 33630

KUB    (US MAIL)
PO Box 59017
Knoxville, TN 37950-9017

Comcast    (US MAIL)
5720 Ashville Hwy
Knoxville, TN 37924

FAST    (US MAIL)
PO Box 11567
8300 Kingston Pike
Knoxville, TN 37919

    /s/ Zachary S. Burroughs
    Zachary S. Burroughs, #025896
    Clark & Washington, LLC
    Attorney for Debtors
    408 S. Northshore Drive
    Knoxville, TN 37919

(865) 281-8084 (phone)
(865) 862-8967 (fax)
cwknoxville@cw13.com

Dated:  October 20, 2014