### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

IN RE:

ANGELA LYNETTE YOUNG

Debtor

Case No: 3:14-bk-33243-SHB
Chapter 13 to 7

---

### NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

---

1.  The Debtor is no longer able to comply with the Chapter 13 Plan and does not desire to modify the Plan.

2.  The Debtor qualifies as a Debtor under Chapter 7 of Title 11.

3.  Under 11 U.S.C. Section 1307(a), the Debtor may convert this Chapter 13 case to a case under Chapter 7 at anytime, and the Debtor desires to convert this Chapter 13 case to a Chapter 7 at this time.

4.  A copy of this Notice has on this date been mailed to the Chapter 13 Trustee serving in this cause.

**WHEREFORE,** under Bankruptcy Rules 1017(d) and 9014, the Debtor moves this Honorable Court to enter an order converting this Chapter 13 case to a case under Chapter 7 of Title 11.

ANGELA LYNETTE YOUNG

/s/ Zachary S. Burroughs
Zachary S. Burroughs, # 025896
Clark & Washington, LLC
Attorneys for Debtor
408 S. Northshore Drive
Knoxville, TN 37919

(865) 281-8084 (phone)
(865) 862-8967 (fax)
cwknoxville@cw13.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and exact copies of the foregoing Notice of Conversion have been forwarded to all creditors listed on the Debtor's mailing matrix and to the following by US Mail, postage pre-paid, or by ECF on April 25, 2019.

Gwendolyn M. Kerney                      (ECF)
Chapter 13 Trustee
P.O. Box 228
Knoxville, TN 37901

United States Trustee                    (ECF)
800 Market Street, Suite 114
Howard H. Baker Jr. US Courthouse
Knoxville, TN 37902

Angela Lynette Young                     (US MAIL)
200 Cleveland Street
Butler, PA 16001

Tri-State Orthopedics & Sports Medicine, Inc. (US MAIL)
5900 Corporate Drive, Suite 200
Pittsburgh, PA 15237

Butler Memorial Hospital                 (US MAIL)
1 Hospital Way
Butler, PA 16001

BHS Faster Care PLLC                     (US MAIL)
PO Box 1549, Ste 550
Butler, PA 16003-1549

State of Florida Attorney General        (US MAIL)
1 The Capitol
Tallahassee, FL 32399

State of Florida Economic Opportunity Department (US MAIL)
107 E. Madison Street
Tallahassee, FL 32399

See attached list of creditors

(US MAIL)

/s/ Zachary S. Burroughs
Attorneys at Law

Label Matrix for local noticing
0649-3
Case 3:14-bk-33243-SHB
Eastern District of Tennessee
Knoxville
Thu Apr 25 16:48:40 EDT 2019

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

PRA Receivables Management, LLC
PO Box 12907
Norfolk, VA 23541-0907

U.S. Bank N.A.
c/o Jason M. Bergeron, Esq.
Frost Brown Todd LLC
150 3rd Avenue South
Suite 1900
Nashville, TN 37201-2043

Vantage Finance
P O Box 12190
Knoxville, TN 37912-0190

3
United States Bankruptcy Court
Howard H. Baker Jr. U.S. Courthouse
Suite 330, 800 Market Street
Knoxville, TN 37902-2343

Aaron Rents Inc
309 E. Paces Ferry
Atlanta, GA 30305-2377

Ace Cash Express
4314 North Broadway
Knoxville, TN 37917-2207

Alcoa Billing Center
3429 Regal Drive
Alcoa, TN 37701-3265

CERASTES, LLC
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130-0281

Cash Express, LLC
263 West Spring Street
Cookeville, TN 38501-3268

Chase Bank
800 Brooksedge Blvd
Westerville, OH 43081-2822

Clark & Washington LLC
3300 Northeast Expressway
Bldg 3 Ste A
Atlanta, GA 30341-3932

Comcast
5720 Ashville Highway
Knoxville,TN 37924-2701

Comenity Bank/VCTRSSEC
PO Box 182789
Columbus, OH 43218-2789

Complete Payment Recovery Services
PO Box 30272
Tampa, FL 33630-3272

Dept of Education/Sallie Mae
PO Box 9635
Wilkes Barre, PA 18773-9635

Enhanced Recovery
PO Box 1259
Dept. 98696
Oaks, PA 19456-1259

FAST
PO Box 11567
8300 Kingston Pike
Knoxville, TN 37919-5449

FSNB
PO Box 33009
Fort Sill, OK 73503-0009

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Florida Dept. of Children and Families
1317 Winewood Blvd
Bldg 1, Room 202
Tallahassee, FL 32399-0700

Florida Dept. of Children and Families
400 W. Robinson Street, Suite 1128
Orlando, FL 32801-1736

Fort Sill National Bank
P O Box 33009
Fort Sill, OK 73503-0009

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC
P O Box 772813
Chicago, IL  60677-2813

KUB
PO Box 59017
Knoxville, TN 37950-9017

Navient Solutions, Inc. Department of Educat
Loan Services
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

Nelnet
PO Box 2970
Omaha, NE 68103-2970

Nelnet on behalf of NJHESAA
New Jersey Higher Ed Student Asst Auth
PO Box 548
Trenton NJ 08625-0548

Oasis Legal Finance
630 Dundee Road, Suite 340
Northbrook, IL 60062-2751

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Public Storage
3232 Colonial Blvd
Fort Myers, FL 33966-1032

Public Storage
PO Box 25050
Glendale, CA 91221-5050

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

SOUTHEASTERN EMERGENCY PHYSICIANS LLC
PO Box 12907
Norfolk VA 23541-0907

SUNCOAST CREDIT UNION FKA SUNCOAST SCHOOLS F
ATTN: MSD001
P.O. BOX 11904
TAMPA, FL 33680-1904

Seventh Avenue
1112 7th. Avenue
Naytahwaush, MN 56566

Smartway Knoxville
8416 Kingston Pike
Knoxville, TN 37919-5351

Southeastern Emergency Physicians
PO Box 1109
Minneapolis, MN 55440-1109

SunCoast Schools Federal Credit Union
P.O. Box 11904
Tampa, FL 33680-1904

TD BANK USA, N.A.
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target Bank
3701 Wayzata Blvd.
Minneapolis, MN 55416-3401

U.S. Department of Education
P.O. Box 5609
Greenville, TX 75403-5609

U.S. Dept. of Justice
Tax Division, CTS, Eastern Reg.
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044-0227

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United States Attorney's Office
Howard H. Baker Jr. U.S. Courthouse
800 Market Street, Suite 211
Knoxville, TN 37902-2342

United States Department of Education
50 Beale Street
#8629
San Francisco, CA 94105-1813

United States Trustee
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902-2303

Angela Lynette Young
200 Cleveland Street
Butler, PA 16001-5510

Gwendolyn M Kerney
Chapter 13 Trustee
P. O. Box 228
Knoxville, TN 37901-0228

Zachary S. Burroughs
Clark & Washington, LLC
408 S. Northshore Drive
Knoxville, TN 37919-7542

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD, MN 56302-9617

(d)Jefferson Capital Systems LLC
P O Box 7999
Saint Cloud, MN 56302-9617

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

US BANK N.A.
BANKRUPTCY DEPARTMENT
P.O. BOX 5229
CINCINNATI, OH 45201-5229

(d)US Bank
205 W 4th Street
Cincinnati, OH 45202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Vantage Finance
P.O. Box 12190
Knoxville, TN 37912-0190

End of Label Matrix
Mailable recipients    52
Bypassed recipients     1
Total                  53